First National Bank in Highland Falls, Plaintiff, v. The Home Insurance Company, Defendant.— Pursuant to submission of controversy upon an agreed statement of facts, judgment is unanimously directed in favor of defendant, without costs, but with disbursements. The scope of the standard mortgagee clause is clearly limited to liability to plaintiff as a first mortgagee. Plaintiff, therefore, cannot fasten liability, as here sought, upon the defendant for loss or damage occurring with respect to a second mortgage executed subsequently to the issuance of the policy and without notice to or knowledge on the part of defendant. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

Edna W. Fortington, Respondent, v. Harold A. Fortington, Appellant.— In an action for a separation, order granting plaintiff's motion for alimony *pendente lite* and counsel fees affirmed, with ten dollars costs and disbursements, the arrears of alimony, if any, together with the counsel fee awarded, to be paid within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

Arthur M. Haves and Minnie Haves, Appellants, v. Claire Katz, Samuel Katz and Reliable Bus Terminal, Inc., Respondents.— Action in equity to reform an agreement, to enjoin the individual defendants from selling plaintiffs' right, title and interest in and to certain shares of stock of the respondent corporation and to compel the issuance of such stock to plaintiffs. Defendants interposed an " amended " answer setting up as a separate defense the sale of the stock to a third party after the service of the complaint. Plaintiffs appeal (1) from an order granting defendants' motion to dismiss the complaint on the ground that the subject-matter thereof has become academic, and from the judgment entered thereon; and (2) from an order denying plaintiffs' motion to strike out the amended answer on the ground that it is, in fact, a supplemental answer served without leave of the court, and granting defendants' cross-motion to permit the " amended " answer to remain as a supplemental answer *nunc pro tunc*. Order granting defendants' motion to dismiss the complaint, and the judgment entered thereon, reversed on the law, with ten dollars costs and disbursements, and the motion denied, with ten dollars costs. In our opinion, despite the alleged sale set forth in the answer, the complaint states a good cause of action in equity. Order denying plaintiffs' motion to strike out the " amended " answer and granting defendants' cross-motion to permit the amended answer to remain as a supplemental answer, affirmed, without costs. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.